✓ #3015 #128645

# DIVIDENDS REMITTED TO THE COURT
Check Number 3015 Dated 07/01/10
Case Number 09-32849 - FOOR SR., JOSEPH THOMAS

FILED 2010 JUL -6 PM 4:04 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Mounir Boutros, M.D.<br>5951 Renaissance Pl<br>Toledo, OH 43623 | 000002 | 17.45 | 0.52 |
| Premium Asset Recovery Corp<br>Po Box 1810<br>Warren MI 48090<br>(3-1) 01073432788 | 000003 | 102.03 | 3.04 |
| Premium Asset Recovery Corp<br>Po Box 1810<br>Warren MI 48090<br>(5-1) 01073437835 | 000005 | 70.60 | 2.10 |
| Premium Asset Recovery Corp<br>Po Box 1810<br>Warren MI 48090<br>(6-1) 01073289485 | 000006 | 28.32 | 0.84 |
| Premium Asset Recovery Corp<br>Po Box 1810<br>Warren MI 48090<br>(7-1) 01073334297 | 000007 | 153.12 | 4.56 |
| Premium Asset Recovery Corp<br>Po Box 1810<br>Warren MI 48090<br>(8-1) 01073292897 | 000008 | 25.26 | 0.75 |
| St. Anne Mercy Hospital<br>Dept. L-8200<br>Columbus, Oh. 43268 | 000016 | 75.13 | 2.24 |
| ---------- Remittance Total ---------- | | 471.91 | 14.05 |

DOUGLAS A. DYMARKOWSKI, Trustee